# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff-Respondent,**<br>vs.<br><br>**GUILLERMO MENDEZ-MENDEZ,**<br><br>           **Defendant-Petitioner.** | CASE NO: CR04-94-S-EJL<br>              CV05-506-S-EJL<br><br>**JUDGMENT** |

   Pursuant to this Court's Memorandum Order, dated April 4, 2006, and the Court being fully advised in the premises;

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment filed in United States v. Guillermo Mendez-Mendez, Criminal case no. 04-094-S-EJL (Docket No. 130 which was entered on May 9, 2005) shall be VACATED and RE-ENTERED and the civil case associated with this matter shall be DISMISSED IN ITS ENTIRETY.

                                                    DATED: **April 4, 2006**

                                                    *[signature]*
                                                    Honorable Edward J. Lodge
                                                    U. S. District Judge

JUDGMENT
06ORDERSMENDEZ_JDM.wpd